Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY GREGG, an individual;<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AETNA LIFE INSURANCE COMPANY, a corporation; THE DIRECTV-RETIREE MEDICAL INSURANCE PLAN, an employee benefit plan,<br><br>　　　　　　Defendants. | CASE NO. CV07-05830 AHM (VBKx)<br><br>ORDER RE: DISMISSAL |

-1-
ORDER RE: DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1) and the fully executed Joint Stipulation Re Dismissal, Defendants is hereby dismissed from this action with prejudice.  In addition, the action entitled *BEVERLY GREGG, an individual v. AETNA LIFE INSURANCE COMPANY, a corporation; THE DIRECTV-RETIREE MEDICAL INSURANCE PLAN, an employee benefit plan*, United States District Court case number CV07-05830 AHM (VBKx) is hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: August 04, 2010                    _____

JUDGE OF UNITED STATES DISTRICT COURT

-2-
ORDER RE: DISMISSAL